# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148245

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

IN RE PETITION OF WASHTENAW
COUNTY TREASURER FOR
FORECLOSURE

_____

WASHTENAW COUNTY TREASURER,
        Petitioner-Appellee,

v

DAVID KIRCHER,
        Respondent-Appellant.

_____/

SC: 148245
COA: 314969
Washtenaw CC: 11-000594-CZ

On order of the Court, the application for leave to appeal the October 30, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



p0616

Clerk